IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-cr-00232 |
| v. | ) | |
| | ) | Chief Judge Campbell |
| [1] RODERICK TUCKER | ) | |
| [2] KALYPSO FISH | ) | |

## ORDER UNSEALING THE INDICTMENT

This matter comes before the Court on the United States' Motion to Unseal the Indictment.

It is hereby ordered that:

The Motion is granted and the Indictment is hereby ordered unsealed.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2025